NUMBER 13-04-471-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE ROQUE TERCERO-ARANDA
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza 
Per Curiam Memorandum Opinion

         Relator, Roque Tercero-Aranda, filed a petition for writ of mandamus in the
above cause on September 13, 2004. The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, the petition for writ of
mandamus is DENIED. See Tex. R. App. P. 52.8. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 30th day of September, 2004.